JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH OGIAMIEN,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendant. | Case No. 2:19-cv-10040-AB-MAAx<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 2, 2020      _____
                                                        ANDRÉ BIROTTE JR.
                                                        UNITED STATES DISTRICT JUDGE